# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE WECHSLER, et al.,<br><br>        Plaintiff(s),<br><br>vs.<br><br>HYUNDAI CAPITAL AMERICA, et al.,<br><br>        Defendant(s). | CASE No: 2:22-cv-08599-AB-E<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

Based upon the Parties' Stipulation, all Plaintiffs' Claims against Defendants Hyundai Capital America and Coastline Recovery Services, Inc., are dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 08, 2023

_____
Hon. Andre Birotte Jr.
United States District Judge